1   BARRY E. HINKLE, Bar No. 071223
    PATRICIA DAVIS, Bar No. 179074
2   NICOLE M. PHILLIPS, Bar No. 203786
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
4   1001 Marina Village Parkway, Suite 200
    Alameda, California 94510-1091
5   Telephone (510) 337-1001
    Fax (510) 337-1023
6
    Attorneys for Defendants
7   Board of Trustees, Laborers Trust Funds for
    Northern California; Laborers Funds Administrative Office
8   of Northern California, Inc; and Hod Carriers
    and Construction Laborers Local 139
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  KEN DOUGLAS SCHULDT, Individually and )   No.    C 05 00208 MJJ
14  dba ALL ACCESS BOBCAT                   )
                                            )
15              Plaintiff,                  )   **STIPULATION TO CONTINUE**
                                            )   **MEDIATION; [PROPOSED] ORDER**
16          v.                              )
                                            )
17  BOARD OF TRUSTEES, LABORERS TRUST )
    FUNDS FOR NORTHERN CALIFORNIA;          )
18  LABORERS FUNDS ADMINISTRATIVE           )
    OFFICE OF NORTHERN CALIFORNIA,          )
19  INC; HOD CARRIERS AND                   )
    CONSTRUCTION LABORERS LOCAL 139,        )
20  AND does 1 THROUGH 20, INCLUSIVE,       )
                                            )
21              Defendants.                 )
                                            )
22  _____)

23          Plaintiffs Ken Douglas Schuldt, Individually and doing business as All Access Bobcat, and

24  Defendants Board of Trustees, Laborers Trust Funds For Northern California; Laborers Funds

25  Administrative Office of Northern California, Inc.; and Hod Carriers and Construction Laborers

26  Local 139, hereby stipulate and agree, by and through their respective attorneys, that the parties

27  wish to continue the mediation currently scheduled for August 8, 2005 before Mediator Morton H.

28  Orenstein, to a date in December, which should be subsequent to the Court's ruling on Defendants'

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

Stipulation to Continue Mediation; [Proposed] Order (Case No.:  C 05 00208 MJJ)

1   Motion to Dismiss which was filed before this Court on July 18, 2005 and is scheduled for hearing

2   on September 13, 2005.

3        The parties have agreed to the extension in order to minimize costs and fees.

4   Dated: August 4, 2005

5

6                                        WEINBERG, ROGER & ROSENFELD
                                         A Professional Corporation

7   By:   /s/
8         CONCEPCIÓN E. LOZANO-BATISTA
          Attorneys for Defendants, Board of Trustees,
9         Laborers Trust Funds For Northern California;
          Laborers Funds Administrative Office of Northern
10        California, Inc; and Hod Carriers and Construction
          Laborers Local 139

11

12

13  Dated:  August ___, 2004            LAW OFFICES OF RICHARD SAX

14

15  By:   /s/
16        RICHARD SAX
          Attorney for Ken Douglas Schuldt, Individually and
          doing business as All Access Bobcat

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 2 -

1   Motion to Dismiss which was filed before this Court on July 18, 2005 and is scheduled for hearing

2   on September 13, 2005.

3        The parties have agreed to the extension in order to minimize costs and fees.

4

5   Dated: August ___, 2005

6                                    WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

7
                                     By:  /s/
8                                    CONCEPCION E. LOZANO-BATISTA
                                     Attorneys for Defendants, Board of Trustees,
9                                    Laborers Trust Funds For Northern California;
                                     Laborers Funds Administrative Office of Northern
10                                   California, Inc; and Hod Carriers and Construction
                                     Laborers Local 139
11

12

13  Dated: August 3, 2005            LAW OFFICES OF RICHARD SAX

14
                                     By:  /s/
15                                   RICHARD SAX
                                     Attorney for Ken Douglas Schuldt, Individually and
16                                   doing business as All Access Bobcat

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001

- 2 -

Stipulation to Continue Mediation; [Proposed] Order (Case No.: C 05 00208 MJJ)

1

## [~~PROPOSED~~] ORDER

The Court, having read the foregoing Stipulation, hereby orders the continuance of the Mediation to ___December 2005.___ The parties shall contact Mediator Orenstein to scheduled the mediation.

Dated: _8/10/2005_____

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

109235/391861

Stipulation to Continue Mediation; [Proposed] Order (Case No.: C 05 00208 MJJ)

WEINBERG, ROGER &
ROSENFELD
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501
(510) 337-1001