IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00208 WHA |
| Plaintiff, | |
| v. | **ORDER RE SURRENDER DATE** |
| JUDY GREEN, | |
| Defendant. / | |

On October 19, 2008, defendant requested an extension of her surrender date to November 30, 2008, because her husband is scheduled to have knee surgery and will need her to bring him home from the hospital and aid him during his recovery. On October 20, 2008, this Court set defendant's surrender date at October 30, 2008, but allowed defendant to submit a detailed declaration explaining the need for the extension.

Defendant submitted a letter from Mr. Green's doctor indicating that Mr. Green is scheduled to have knee surgery over the next 2–3 weeks and will need a ride home from the hospital and aid during his recovery. Defendant also submitted a declaration of Mr. Green stating that he lives on the second story of a condominium with no elevator; will not be able to drive for some time following the surgery; and has no other reasonably available means of receiving assistance.

Defendant has shown good cause for the requested extension of the surrender date. Defendant's surrender date is hereby extended to **NOVEMBER 30, 2008**. Defendant shall surrender by that date in the manner set forth in the Court's October 22 order (Dkt. No. 732).

**IT IS SO ORDERED.**

Dated:  October 27, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2